BEATRICE M. MONTAYNE, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 25996.)

Submitted February 19, 1945; decided March 1, 1945.

*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd* of counsel), for motion.

*Beatrice M. Montayne,* in person, opposed.

Motion to dismiss appeal from judgment of Court of Claims granted and appeal dismissed upon the ground that an appeal from that judgment is still pending in the Appellate Division. Appeal from the order of the Appellate Division denying leave to prosecute an appeal to that court as a poor person dismissed on the ground that the order does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH NISONOFF and MAX J. WEINSTEIN, Appellants.

Submitted February 19, 1945; decided March 1, 1945.

Motion by appellants for reargument denied. [See 293 N. Y. 597.]